IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02568-BNB

TREMAYNE MILLER,

Plaintiff,

v.

JEFFERSON COUNTY JAIL,
JEFFERSON COUNTY SHERIFF, and
JEFFERSON COUNTY JAIL MEDICAL DEPARTMENT,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Tremayne Miller initiated this action by filing *pro se* a "Criminal Complaint for Theft, Fraud, Public Corruption Violations of Title 18 & 42 of the Federal Code." In an order filed on December 11, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Miller to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Miller to file a complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Miller was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Miller has failed to cure the deficiencies within the time allowed. He has not filed a complaint on the proper form and he has failed either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis*. Therefore, the complaint

and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02568-BNB

Tremayne Miller
Teller County Jail
PO Box 730
Divide, CO 80814-0730

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk